Date: 03/052026                                    FILED 09 MAR '26 12:05 USDC-ORE

The Honorable Mustafa T. Kasubhai

United States District Court for the
District court of Oregon
405 E 8th ave, #2100.
Eugene OR 97501

Re: Motion for Early Termination of Probation
Case Number: 1:15-CR-00172-AA1

Dear Honorable Judge Kasubhai

I respectfully submit this letter requesting early termination of my federal probation pursuant to **18 U.S.C. § 3564(c)**. I was sentenced to a term of three (3) years of probation, and I have now successfully completed one (1) year  and 3 months of supervision.

During this period, I have fully complied with all conditions of my probation. I have maintained consistent communication with my probation officer, complied with all reporting requirements, remained law-abiding, and fulfilled all court-ordered obligations, including [payment of fines/ restitution, completion of programs, employment requirements.

I have taken this opportunity to make meaningful and positive changes in my life. I am currently employed at Hertz car rental as training manager and I have demonstrated stability, responsibility, and commitment to rehabilitation. My probation officer can attest to my compliance and progress throughout my supervision period.

I respectfully believe that continued probation is no longer necessary to serve the interests of justice or rehabilitation, and that early termination would allow me to continue my progress without supervision while remaining a productive, law-abiding member of society.

I am grateful for the opportunity the Court has given me to demonstrate my commitment to change, and I respectfully ask the Court to consider granting early termination of my probation.

Thank you for your time and consideration. I remain respectful of the Court and its decision.

Respectfully submitted,

Emmanue Kazeen
03/05/26

Emmanuel kazeem

EMMANUEL KAZEEM
CASE # - 1:15-CR-00172-AA1
2613 BRADISH LANE
JESSUP MD 20794

ORGEON

UNITED STATES DISTRICT COURT
OFFICE of THE CLERK DISTRICT of
OREGON
405 E. 8TH AVE, #2100
EUGENE, OR 97401

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE



UNITED STATES POSTAL SERVICE®    97401    **$11.95**

RDC 03    0 Lb 0.60 Oz    S2324M502456-79

EXPECTED DELIVERY DAY: 03/05/26

USPS TRACKING® #

9505 5124 6237 6061 4214 72

For international shipments, the maximum weight is 4 lbs.

EP14H February 2024 Outer Dimension: 10 x 5




U.S. POSTAGE PAID
PM
JESSUP, MD 20794
MAR 02, 2026

*Retail*


**POSTAL SERVICE** ®

**PRIORITY**® MAIL

*PRESS FIRMLY TO SEAL*



*PRESS FIRMLY TO SEAL*

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TRACKED ■ INSURED**



**EP14H February 2024**
**OD: 10 x 5**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE




PS00001000064

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.