Megan E. McVicar, OSB #114605
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon  97205
Telephone:  (503) 228-0497
Facsimile:  (503) 228-7112
Email:  megan@hoevetlaw.com

       Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMMANUEL OLUWATOSIN KAZEEM,<br><br>    Defendant. | Case No.  1:15-cr-00172-HZ<br><br>MOTION TO WITHDRAW (ADMINISTRATIVE) |

Megan E. McVicar moves the Court for an order allowing her withdrawal as defense counsel for Emmanuel Oluwatosin Kazeem.  Ms. McVicar was appointed to represent Mr. Kazeem regarding his §2255 Petition for a Writ of Habeas Corpus on February 8, 2022. The District Court denied the petition on August 18, 2023. After the Ninth Circuit Court of Appeals denied a Certificate of Appealability, counsel filed a motion to withdraw as CJA counsel for Mr. Kazeem. The Ninth Circuit granted that motion on September 30, 2024, concluding counsel's CJA representation of Mr. Kazeem.

Page 1 - MOTION TO WITHDRAW (ADMINISTRATIVE)

Mr. Kazeem was also granted Executive Clemency on December 12, 2024.

DATED this 13th day of March, 2026.

HOEVET OLSON, PC


_s/  Megan E. McVicar_
Megan McVicar, OSB #114605
Of Attorneys for Defendant

Page 2 - MOTION TO WITHDRAW (ADMINISTRATIVE)